IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 24-CR-249 (TJK) |
| v. | 18 U.S.C. § 231(a)(3) |
| DONALD WALKER | |
| Defendant. | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Donald Walker, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.  The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.  On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside. By shortly after 1:00 PM, the situation at the Capitol had become a civil disorder as that term is used in Title 18, United States Code, Section 231, and throughout the rest of the afternoon the civil disorder obstructed the Secret Service's ability to perform the federally protected function of protecting Vice President Pence.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.      On January 6, 2021, a number of law enforcement officers were assaulted and impeded from preventing rioters from entering the U.S. Capitol and advancing onto Capitol grounds. Body-worn camera ("BWC") footage from the Metropolitan Police Department ("MPD") depicts officers struggling against a mob of rioters near the barricades erected on the West Plaza

of the Capitol building. MPD officers had been dispatched to that location in order to assist U.S. Capitol Police officers with protecting the U.S. Capitol grounds and building.

9. Officers struggled against rioters who refused repeated orders to step back from the barricade and attempted to breach the police line on the West Plaza. As the struggle ensued, WALKER participated in the push on the bike racks and police line on the West Plaza.

10. At approximately 1:37:02 PM, WALKER approached the police line and bike racks on the West Plaza. WALKER then locked his arm through the bike rack and pulled the bike rack towards himself as officers on the other side of the bike rack attempted to defend the police line and gain control of the bike rack. Seconds later, WALKER appeared to be sprayed with a chemical irritant. He then moved back from the police line and wiped his eyes, in what appeared to show that WALKER was suffering from the effects of the chemical irritant.

11. At approximately 1:37:19 PM, WALKER re-approached the police line. Moments later, WALKER grabbed onto the bike rack with his right hand and pulled on it. WALKER then released his hand and grabbed the bike rack again, this time placing his hand over an officer's hand who was attempting to retain control of the bike rack.

12. Seconds later, an officer deployed chemical spray in WALKER's direction, forcing WALKER to retreat back from the barricade line. WALKER is seen apparently affected by a chemical irritant for a second time within approximately 30 seconds.

13. WALKER entered the U.S. Capitol through the Parliamentarian Door at approximately 2:54 PM and exited through the same door at approximately 2:57 PM.

14. At the time of WALKER's actions on the West Plaza, officers with the United States Capitol Police and officers with the Metropolitan Police Department were engaged in their lawful duties—preventing unlawful entry into the United States Capitol.

15. As a result of the civil disorder in Washington, D.C. on January 6, 2021, the United States Capitol Police, who are tasked with protecting the U.S. Capitol building and its occupants, and the United States Secret Service, who had multiple protectees inside the Capitol at the time, were forced to change its normal course of business and deployed additional personnel.

16. As a result of the civil disorder in Washington, D.C. on January 6, 2021, Safeway, a grocery store chain, was forced to close its stores in the District of Columbia earlier than planned on January 6, 2021. As a result, Safeway reported lower sales on January 6, 2021, both as projected and compared to the same date in prior years. Additionally, Safeway delivery shipments from Pennsylvania to the District of Columbia were unable to be completed on January 6, 2021.

### *Elements of the Offense*

17. The parties agree that Civil Disorder, in violation of 18 U.S.C. § 231(a)(3), requires the following elements:

   a. That the defendant committed or attempted to commit any act to obstruct, impede or interfere with any law enforcement officer;
   b. That the law enforcement officer was lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder; and
   c. That the civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

18. Title 18, United States Code, Section 232(3) defines "federally protected function" as "any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof."

19. The maximum penalties for Civil Disorder are:

   a. A term of imprisonment of not more than 5 years;
   b. A term of supervised release of not more than 3 years;
   c. A fine not to exceed $250,000; and
   d. A special assessment of $100.

*Defendant's Acknowledgments*

20. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he committed an act to obstruct, impede, and interfere with law enforcement officers on the West Plaza by pulling on the police bike rack multiple times; that on January 6, 2021, law enforcement officers were lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder; and that the civil disorder in any way or degree obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Julie Bessler*
JULIE BESSLER
PA Bar No. 328887
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
(202) 809-1747
Julie.Bessler@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Donald Walker, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 10/16/24

Donald Walker
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10-24/24

Heather Shaner
Attorney for Defendant